**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| CHRISTY WATKINS | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 5:06CV00080(DCB)(JMR) |
| HOLLADAY BROADCASTING OF LOUISIANA, L.L.C. d/b/a WBBV RADIO | DEFENDANT |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendant, Holladay Broadcasting of Louisiana, L.L.C. d/b/a WBBV Radio, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the  11th  day of September, 2007.

                                                                   s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE

/s/ Louis H. Watson, Jr.
LOUIS H. WATSON, JR.
ROBERT NICHOLAS NORRIS


/s/ Saundra B. Strong
GARY E. FRIEDMAN
SAUNDRA B. STRONG


JO.99363876.1